

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| U.S. v. Emilio ZAPATA-PLACENCIA, aka<br>Jose Angel COLON-BONILLA, aka<br>Miguel DURATES- PLACENSIA, aka<br>Miguel ZAPATA-PLACENSIA. | FILED UNDER SEAL<br><br>CR08-77<br><br>Case No. 08-54M |

## MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney, and hereby moves this Honorable Court to seal the Complaint, and the related file in the above-captioned case.

          COLM F. CONNOLLY
          United States Attorney

          BY: _____
          Shannon T. Hanson
          Assistant United States Attorney

Dated: March 6, 2008

**AND NOW** this 6th day of <u>March</u>, 2008, based upon the foregoing Motion, **IT IS ORDERED** that Complaint, and the related file in the above-captioned case be **SEALED** until further Order of the Court.

_____
Honorable Leonard P. Stark
United States Magistrate Judge
District of Delaware