United States District Court

**REDACTED**

DISTRICT OF _____ DELAWARE

(a)

UNITED STATES OF AMERICA

v.

Emilio ZAPATA-PLACENCIA, aka: Jose Angel
COLON-BONILLA, aka: Miguel
DURATES- PLACENSIA, aka: Miguel ZAPATA-PLACENSIA.

Criminal Complaint 08- 54 M

CR 08-77

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 1, 2006, in New Castle County, in the District of Delaware defendant, Emilio ZAPATA-PLACENCIA, aka: Jose Angel COLON-BONILLA, aka: Miguel DURATES- PLACENSIA, aka: Miguel ZAPATA-PLACENSIA.

a citizen and national of Mexico, having been removed from the United States to Mexico on August 14, 2002, from Nogales, Arizona, and, on March 17, 2004, from El Paso, Texas, was found in the United States, specifically New Castle County, Delaware, and that, prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's reapplication for admission, in violation of Title 8, United States Code, Section 1326(a), and

did willfully and knowingly make a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant submitted a fraudulent Application for United States Passport (Form DS-11) claiming to be a United States citizen, to wit, J.A. C.-B., in violation of Title 18, United States Code, Section 1542.

I further state that I am a(n)  Special Agent, Dept. of State, Diplomatic Security Service  and that this complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT**
Continued on the attached sheet and made a part hereof:  YES

_____
Signature of Complainant
J. Brenden Hobson
Special Agent

Sworn to before me and subscribed in my presence,

March 6, 2008                                at    Wilmington, DE
Date                                                City and State

Honorable Leonard P. Stark
United States Magistrate Judge                 _____
Name & Title of Judicial Officer               Signature of Judicial Officer

**UNITED STATES v. Emilo ZAPATA-PLACENCIA**

## AFFIDAVIT

Your affiant is a Special Agent of the United States Department of State Diplomatic Security Service at the Washington Field Office, Dunn Loring, Virginia and has been so employed since April 2007. Being duly sworn, your affiant deposes and says as follows:

1. On February 19, 2008, your affiant received information from Department of State-Diplomatic Security Service, Special Agent Brenden Hobson regarding Emilio ZAPATA-PLACENCIA, aka: Jose Angel COLON-BONILLA, aka: Miguel DURATES-PLACENSIA, aka: Miguel ZAPATA-PLACENSIA. At this time, Agent Hobson stated that on or about June 1, 2006, an individual using the name Jose Angel COLON-BONILLA submitted a Department of State Application for U.S. Passport (DS-11) in Wilmington, Delaware. In support of this application, COLON stated that his true and correct name was Jose A. COLON-BONILLA,                     in Ponce, Puerto Rico. COLON presented a Commonwealth of Puerto Rico birth certificate bearing the name Jose Angel COLON-BONILLA a Delaware driver's license in the name Jose A. BONILLA-COLON, and a photograph along with the application for U.S. passport. COLON also listed a current address as                             This application was subsequently flagged by a U.S. Department of State Consular Affairs Officer as being fraudulent and it was referred for further investigation. On July 6, 2006,

-1-

COLON was contacted by the U.S. Department of State regarding his passport application.

2. In February, 2007, a Special Agent with U.S. Department of State conducted an interview of the owner of the property listed at
At this time, the owner stated that he knew COLON by the name of Miguel OCAMPO-DURANTES. A check of law enforcement databases listed a Miguel DURATES-PLACENSIA as a resident of this address. The searches also revealed an alias for Miguel DURANTES-PLACENSIA as Miguel ZAPATA-PLACENSIA.

3. On May 30, 2007, COLON inquired in person at the Department of State Passport Office in Philadelphia, Pennsylvania as to the current status of his passport application. COLON left the Passport Office prior to having a formal interview with the U.S. Department of State Fraud Prevention Manager. Subsequent investigation in 2007 by a U.S. Department of State official determined that the true Jose Angel COLON-BONILLA,                  was currently incarcerated in Puerto Rico.

4. A check of the National Crime Information Center (NCIC) for the name Miguel ZAPATA-PLACENSIA revealed a Federal Bureau of Investigation Identification Record for Emilio ZAPATA-PLACENCIA, date of birth                       This record contained numerous aliases including Miguel Angel OCAMPO and Michael DURANTES-PLACENSIA. The record also listed a place of birth for ZAPATA-PLACENCIA as Mexico, Mexican citizenship, and an ICE alien                         The FBI record further showed arrests by the United States Immigration and Naturalization

Service (now Immigration and Customs Enforcement, "ICE") in Philadelphia, Pennsylvania on December 23, 1998, and on August 14, 2002, in Phoenix, Arizona under file numbe...

5. The immigration file of Emilio ZAPATA-PLACENCIA was reviewed by your affiant and revealed that ZAPATA-PLACENCIA was a native and citizen of Mexico and had been removed/deported from the United States on March 17, 2004, at El Paso, Texas. The file also revealed that ZAPATA-PLACENCIA previously was removed/deported on August 14, 2002, at Nogales, Arizona. ZAPATA-PLACENCIA's immigration file also contains photographs and fingerprints taken during his arrests by INS/ICE officials. A comparison of photographs in ZAPATA-PLACENCIA's immigration file with the photograph on the DS-11 Application for U.S. Passport submitted on June 1, 2006, in the name of Jose Angel COLON-BONILLA in Wilmington, Delaware shows them to be of the same person. Likewise, the photographs in ZAPATA-PLACENCIA's immigration file appear to be of the same person depicted on Delaware Department of Motor Vehicle Operator's License               the name of Jose A. COLON, date            This driver's license was filed in support of the Department of State Application for U.S. Passport (DS-11) for Jose Angel COLON-BONILLA.

WHEREFORE, your affiant avers that there is probable cause to believe that, on or about June 1, 2006, in Wilmington, Delaware, in the District of Delaware, Emilio ZAPATA-PLACENCIA, a native and subject of Mexico, reentered or was found in the

United States, after having been removed and deported from the United States on August 14, 2002, and March 17, 2004, and prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's reapplication for admission, in violation of Title 8, United States Code, Section 1326(a)(2).  Your affiant further avers that there is probable cause to believe that, on or about June 1, 2006, in Wilmington, Delaware, in the District of Delaware, Emilio ZAPATA-PLACENCIA willfully and knowingly made a false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that ZAPATA-PLACENCIA submitted a fraudulent Application for United States Passport (Form DS-11) claiming to be a United States citizen, to wit, Jose A. COLON-BONILLA,

nce, Puerto Rico, all in violation of Title 18, United States Code, Section 1542.

*[signature]*

J. BRENDEN HOBSON
Special Agent
U.S. Department of State, Diplomatic Security Service

Dated: March 6, 2008

Sworn before me this __6th__ day of March, 2008

*[signature]*

The Honorable Leonard P. Stark
United States Magistrate Judge

-5-