**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 08- 77 |
| ) | |
| MIGUEL DORANTES-PLACENCIA AKA ) | |
| JOSE A. BONILLA-COLON AKA ) | |
| EMILIO ZAPATA-PLACENCIA AKA ) | |
| JOSE ANGEL COLON-BONILLA ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

On or about April 17, 2008, in the District of Delaware, Miguel Dorantes-Placencia aka Jose A. Bonilla-Colon aka Emilio Zapata-Placencia aka Jose Angel Colon-Bonilla, the defendant, an alien and subject of Mexico, who had been deported from the United States to Mexico on or about April 21, 1999, from Philadelphia, Pennsylvania, on or about August 14, 2002, from Nogales, Arizona, and on or about March 17, 2004, from El Paso, Texas, was found in the United States, specifically New Castle County, Delaware, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a) and (b).

## Count Two

On or about June 1, 2006, in the District of Delaware, the defendant, Miguel Dorantes-Placencia aka Jose A. Bonilla-Colon aka Emilio Zapata-Placencia aka Jose Angel Colon-Bonilla, willfully and knowingly made a false statement in an application for a passport with the intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that he was a citizen and national of the United States, to wit, J.A.C.B., born on or about September xx, 1974 in Puerto Rico, with social security number of xxx-xx-5448, which statement the defendant knew to be false, in violation of Title 18, United States Code, Section 1542 and 2.

A TRUE BILL:

COLM F. CONNOLLY
United States Attorney

BY: *[signature]*
Shannon T. Hanson
Assistant United States Attorney

Dated: May 6, 2008