IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| U.S. v. Emilio ZAPATA-PLACENCIA aka | ) | CR08-77 |
| Jose Angel COLON-BONILLA aka | ) | Case No. 08-54M |
| Miguel DURATES-PLANCENCIA aka | ) | |
| Miguel ZAPATA-PLACENSIA | ) | |
| | ) | |
| | ) | |

**MOTION AND ORDER TO UNSEAL CRIMINAL COMPLAINT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, hereby moves that the Criminal Complaint in the above-captioned case be unsealed.

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: May 7, 2008

**AND NOW**, this __8__ day of __May__, 2008, upon the foregoing Motion, it is

**ORDERED** that the Criminal Complaint in the above-captioned case is hereby unsealed.

_____
Honorable ~~Leonard P. Stark~~ Mary Pat Thynge
United States Magistrate Judge