IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-077 JJF |
| MIGUEL DORANTES-PLACENCIA,<br>a/k/a Miguel Zapata-Placensia,<br>a/k/a Jose Angel Colon-Bonilla, | : |
| Defendant. | : |

### O R D E R

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Wednesday, September 3, 2008 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

August 8, 2008
DATE

_[signature: Joseph J. Farnan Jr.]_
UNITED STATES DISTRICT JUDGE